**Michael LITES, Plaintiff—Appellant,**

v.

**Gary L. BASS, Chief of Operations Offender Management Services; Department of Corrections; Culter, Officer SA; Classification Officer; D.M. Miller, Officer, Henrico County Police Officer; A.J. Gordon, Officer, Henrico Division of Police Officer; A.D. Martin, Jr., Officer, Henrico Division of Police Officer; Dennis Martin, Esquire, Attorney at Law; A.D. Smith, Officer, Henrico County Police Officer; Doris Ewing, Manager of Court and Legal Services, Defendants—Appellees.**

No. 09–7060.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 26, 2009.

Michael Lites, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lites seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the appeal for the reasons stated by the district court. *Lites v. Bass*, No. 1:09–cv–0453–AJT–JFA (E.D.Va. May 12, 2009). We also deny Lites' motions to appoint counsel and for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*